# EXHIBIT 1

Filed 21 July 09 A6:37
Marilyn Burgess - District Clerk
Harris County

Pgs-2
OTFPA
(989)

CAUSE NO. <u>234746001010</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL COURT AT LAW NO. 7 |
| V. | § | |
| <u>HOLLAND, TERRENCE LAMONT</u> | § | HARRIS COUNTY, TEXAS |

SPN: <u>01377599</u>

---

**EARLY IDENTIFICATION OF SUSPECTED MENTAL ILLNESS OR INTELLECTUAL DISABILITY
TEX. CODE CRIM. PROC. ART. 16.22**

---

On this date, the Magistrate received written or electronic notice filed as the "16.22 Notification" in this case, incorporated herein by reference and hereby **ORDERED to be kept under seal**. The notification presents credible information that may establish reasonable cause to believe that the above-named Defendant is a person with mental illness or intellectual disability.

The Defendant is charged with <u>DWI 2ND</u>, and, (**Choose one**)

☒ Incarcerated at the Harris County Jail.

☐ Is released on bond, and may be contacted at .

---

☒   **FINDING OF PREVIOUS INTERVIEW**

In the year preceding the date of arrest, the Defendant has been determined to have a mental illness or to be a person with an intellectual disability by one of the entities listed in Tex. Code Crim. Proc. art. 16.22

☐   **ORDER FOR ARTICLE 16.22 INTERVIEW AND REPORT**

<u>The service provider that contracts with the jail to provide mental health or intellectual and developmental disability services is hereby ORDERED to interview and collect information pursuant to Tex. Code Crim. Proc. art. 16.22, to determine whether the Defendant has a mental illness as defined by Tex. Health & Safety Code, §571.003, or is a person with an intellectual disability as defined by Tex. Health & Safety Code §591.003.</u>  It is further ORDERED that a written report of the interview and collected information be submitted pursuant to Tex. Code Crim. Proc. art. 16.22; said report to be submitted to the court of record in this case.

*Cynthia Henley*
*6740 9100*

<u>July 08, 2021 21:36 PM</u>                                        _____
Date Signed                                                                Harris County Hearing Officer

Cynthia_Henley

09-01-2019

Printed Name

Unofficial Copy Office of Marilyn Burgess District Clerk

09-01-2019