UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Terrence Lamont Holland

v.    Case Number: 4:25−cv−00373

Antonio Jose Otero, et al.

## NOTICE OF RESETTING

**A proceeding has been set in this case as set forth below.**

**Before the Honorable Yvonne Y Ho**

**PLACE:**
by video

**DATE:** 10/10/2025

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: September 3, 2025                                Nathan Ochsner, Clerk