IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRENCE LAMONT HOLLAND, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:25-cv-373 |
| ANTONIO JOSE OTERO, AARON PARR, LUCIA GRACIA, JOHN C. FISHER, R. HERNANDEZ, and JULIAN M. MONTEMAYOR, | § | |
| Defendants. | § | |

## ORDER

The Joint Motion by Plaintiff, Terrence Holland, and remaining Defendants, Officer Antonio Otero, Officer Aaron Parr, and Officer Lucia Gracia, to abate the Scheduling Order and stay discovery, entry of an amended scheduling order, and the deadline for Defendants to file answers, until resolution of preliminary questions including Plaintiff's legal capacity under Rule 17, Fed. R. Civ. P, is hereby GRANTED. The Court finds good cause for granting the motion and staying these proceedings until after resolution of the preliminary question of Plaintiff's legal capacity to proceed. The Scheduling Order (Doc. No. 43) is ABATED. Discovery and disclosures, the deadline to file answers, and entry of an amended scheduling order, are stayed pending resolution of Plaintiff's capacity.

It is SO ORDERED.

Signed on ____Apr. 10____, at ___Houston___, Texas.

_____
Hon. Andrew Hanen
**United States District Judge**